# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SHIRLEY JEAN JONES, | ) |
|     Plaintiff, | ) |
| vs. | )   CV 12-J-1062-S |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social Security Administration, | )<br>)|
|     Defendant. | ) |

## MEMORANDUM OPINION and ORDER

Plaintiff brings this action pursuant to the provisions of Section 405(g) of the Social Security Act ("the Act"), 42 U.S.C. § 405, seeking judicial review of a final adverse decision of the Commissioner of the Social Security Administration ("the Commissioner") denying her application for supplemental security income.

Plaintiff filed her application for supplemental security income benefits on November 3, 2008, alleging disability beginning January 1, 2008 (R. 66, 106-109), due to bursitis, depression, diabetes, high blood pressure and cholesterol (R. 138). The application was denied initially, and again by an Administrative Law Judge ("ALJ") on May 25, 2010 (R. 21-32). The ALJ's determination became the final decision when the Appeals Council denied plaintiff's request for review on February 8, 2012 (R. 1-3).

The sole function of this court is to determine whether the decision of the Commissioner is supported by substantial evidence and whether proper legal

standards were applied.  *See Bloodsworth v. Heckler*, 703 F.2d 1233 (11th Cir. 1983).  The court has carefully reviewed the entire record in this case and is of the opinion that the Commissioner's decision is supported by substantial evidence and that proper legal standards were applied in reaching that decision.

Accordingly, the decision of the Commissioner is hereby AFFIRMED.

**DONE** and **ORDERED** this 19th day of November 2012.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE